# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LaROSE, | Case No. 2:16-CV-01679-WBS-CMK |
| Plaintiff, | **ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA; LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA GROUP INSURANCE; and DOES 1 through 30, inclusive, | State Action filed: June 8, 2016 |
| Defendants. | |

Upon consideration of the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all parties. The parties will bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 11, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE